IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| TERRELL PORTER, | * | |
| Plaintiff, | * | |
| v. | * | CV 318-069 |
| DEPUTY SHERIFF ANTHONY WRIGHT, in his individual capacity; SHERIFF LARRY DEAN, in his official capacity; and LAURENS COUNTY, GEORGIA, | * | |
| Defendants. | * | |

**O R D E R**

Pending before the Court is the parties' Joint Motion to Stay Proceedings. (Doc. No. 41.) The Parties seek to stay the case to pursue mediation. Upon consideration, **IT IS HEREBY ORDERED** that the case is **STAYED** until further order of the Court. **IT IS FURTHER ORDERED** that upon the conclusion of mediation, the Parties shall file the appropriate motion to either dismiss the case or amend the scheduling order depending on the outcome of mediation.*

**ORDER ENTERED** at Augusta, Georgia, this 4th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

*In the interim this case shall be deemed closed for all purposes of statistical reporting.