```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF GEORGIA
                         DUBLIN DIVISION
```

| | | |
|---|---|---|
| TERRELL PORTER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 318-069 |
| | * | |
| DEPUTY SHERIFF ANTHONY | * | |
| WRIGHT, in his individual | * | |
| capacity; SHERIFF LARRY DEAN, | * | |
| in his individual capacity; | * | |
| and LAURENS COUNTY, GEORGIA, | * | |
| | * | |
| Defendants. | * | |

# O R D E R

Pursuant to the Court's direction and subsequent to the status conference conducted by telephone on May 7, 2020, Mr. Brian Spears, an attorney and interested party in this matter, has submitted a letter and a copy of his "Attorney Services Contract" with the Plaintiff, Terrell Porter.  Mr. Spears sent his communication by United States Mail (as directed) to which the Court responds by way of this Order for clarity in the record.

After review of the Attorney Services Contract and the letter from Mr. Spears, the presiding judge opines without conclusion that the document coupled with the testimony of Mr. Spears may be relevant to issues likely to arise regarding the Motion to Enforce Settlement now pending in this case.

In his letter aforementioned, Mr. Spears seeks guidance from the Court about the distribution of the Attorney Services Contract. However, without further input on the subject, I am reluctant to give more direction to Mr. Spears and, at this juncture, I will leave that question to his ample professional experience and inclinations. After all, Mr. Spears is a party to this agreement and there maybe implications or considerations pertinent to its release which, to me, have not yet occurred. Thus, I will leave the matter of distribution of the letter and the Attorney Services Contract provisionally to Mr. Spears without encouragement or discouragement.

Upon the foregoing, **IT IS HEREBY ORDERED** that the letter and the accompanying Attorney Services Contract shall be filed **UNDER SEAL** by the Clerk of this Court and remain sealed until further Order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE