IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| TERRELL PORTER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 318-069 |
| | * | |
| DEPUTY SHERIFF ANTHONY WRIGHT, in his individual capacity; SHERIFF LARRY DEAN, in his official capacity; and LAURENS COUNTY, GEORGIA, | * * * * * | |
| | * | |
| Defendants. | * | |

### O R D E R

Before the Court is the Parties' joint motion for *in camera* review and extension of time for Defendants to file reply brief. (Doc. No. 72.) The Parties seek *in camera* review of redacted documents produced in connection with Mr. Spears' deposition. The Parties ask the Court to determine whether the redactions relate to the pending motion to enforce the settlement agreement and whether the documents should remain redacted. Defendants also seek an extension to file their reply brief in support of the motion to enforce the settlement agreement because they cannot complete the brief until the redaction issue is resolved and the deposition completed.

Upon due consideration, **IT IS HEREBY ORDERED** that Plaintiff submit the unredacted documents to the Clerk along with a

particularized and meaningful explanation for each intended redaction. The Clerk is **DIRECTED** to file the documents and explanations ***EX PARTE*, UNDER SEAL**. **IT IS FURTHER ORDERED** that Defendants shall have until **fourteen (14)** days after Mr. Spears' deposition is completed to file their reply brief.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE