IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| TERRELL PORTER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 318-069 |
| | * | |
| DEPUTY SHERIFF ANTHONY WRIGHT, in his individual capacity; SHERIFF LARRY DEAN, in his official capacity; and LAURENS COUNTY, GEORGIA, | * * * * * | |
| | * | |
| Defendants. | * | |

**O R D E R**

The Court engaged psychologist Dr. Marvin Long to conduct an independent evaluation of Mr. Porter's mental capacity as relevant to the pending motion to enforce the settlement agreement. Dr. Long's report will be filed on the docket under seal from public view, and the Order appointing Dr. Long to conduct the evaluation will be unsealed.

The Parties are invited to review Dr. Long's report. Should the Parties desire additional evaluation of Mr. Porter's competency, they shall so notify the Court within **ten (10) days** of this Order and arrange for a prompt evaluation. Otherwise, a hearing on the motion to enforce the settlement agreement will be set for the next available date.

The Clerk is directed to **UNSEAL** the Order (doc. no. 76) appointing Dr. Long. The Clerk shall file **UNDER SEAL FROM PUBLIC VIEW** Dr. Long's report.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE