IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

TERRELL PORTER,                    *
                                   *
        Plaintiff,                 *
                                   *
        v.                         *         CV 318-069
                                   *
DEPUTY SHERIFF ANTHONY WRIGHT,     *
in his individual capacity;        *
SHERIFF LARRY DEAN, in his         *
official capacity; and LAURENS     *
COUNTY, GEORGIA,                   *
                                   *
        Defendants.                *

2020 OCT -7  P 2: 41

CLERK. J. Hodge
SO. DIST. OF GA.

## O R D E R

Before the Court is the Parties' joint motion for *in camera* review (doc. no. 72) as well as Defendants request for ruling on that motion (doc. no. 81).  The unredacted documents for review were filed *ex parte* at docket number seventy-four.  The request for ruling is **GRANTED**, and the motion for *in camera* review is **GRANTED** as explained below.

Plaintiffs redacted a number of documents in connection with Mr. Spears' deposition.  Defendants sought disclosure of those documents.  As a result, the Parties requested that the Court determine which documents should be unredacted.  Each document is referred to by Plaintiff's designation in docket number seventy-four.

**Authorization to Disclose Health Information (Spears 000007-000008)**: Unredact, except for Mr. Porter's social security number.

**June 4, 2019 Correspondence to Mr. Porter (Spears 000009-000010)**: Remain redacted.

**June 16, 2019 Correspondence to Mr. Porter (Spears 000012)**: Remain redacted.

**December 26, 2019 Correspondence to Mr. Porter (Spears 000014-000017)**: Remain redacted.

**Document Signed and Notarized on February 3, 2020 (Spears 000025-000026)**: Unredact.

**August 14, 2019 Email Communications between Jim Rockefeller and Brian Spears (Spears -000029-30)**: Remain redacted.

**October 24, 2019 Correspondence to Mr. Porter (Spears 000037)**: Remain redacted.

**December 4, 2019 Correspondence to Mr. Porter (Spears 000039)**: Remain redacted.

**November 12, 2019 Email Communication from Sheree Mccloud to Brian Spears (Spears 000040-000043)**: Unredact.

**Handwritten Notes (Spears 000044-000046)**: Remain redacted.

**March 12, 2020 Communication to Mr. Porter (Spears 000048-000052)**: Unredact.

**October 24, 2019 Correspondence to Mr. Porter (Spears 000053)**: Remain redacted.

2

December 26, 2019 Correspondence to Mr. Porter (Spears 000055-000058): Remain redacted.

Document Signed and Notarized on February 3, 2020 (Spears 000075-000076): Unredact.

Typed Notes Re: Communications (Spears 000084-88): Remain redacted.

June 7, 2019 Email Communication between Jim Rockefeller and Brian Spears (Spears 000112-000114): Remain redacted.

Plaintiff shall provide unredacted copies of the appropriate documents to Defendants' counsel.

ORDER ENTERED at Augusta, Georgia, this _____ day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE