AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TERRELL PORTER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 318-069

DEPUTY SHERIFF ANTHONY WRIGHT, in his individual capacity; SHERIFF LARRY DEAN, in his official capacity; and LAURENS COUNTY, GEORGIA,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That, in accordance with the Court's Order of November 13, 2020, Defendants' motion to enforce settlement is GRANTED. Judgment is entered that the case is settled, and this civil action stands CLOSED. Each of the Parties shall bear their own costs.



11/13/2020  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*

*Morgan A. Akins*  
(By) Deputy Clerk

GAS Rev 10/2020